UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deidre A. WALKER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Andrew SAUL,<br><br>　　　　　　　　　　　Defendants. | Case No.: 19-cv-1068-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES (ECF No. 23)** |

On January 29, 2020, the Court granted the parties' joint motion to remand this case to the Social Security Administration under 42 U.S.C. § 405(g), sentence four. (ECF No. 21.) The parties now jointly move, under the Equal Access to Justice Act, for an order awarding plaintiff $3,100 in attorney's fees. (ECF No. 23, at 1.)

## DISCUSSION

"Under EAJA, a litigant is entitled to attorney's fees and costs if: (1) [s]he is the prevailing party, (2) the government fails to show that its position was substantially justified or that special circumstances make an award unjust; and (3) the requested fees and costs are reasonable." *Carbonell v. INS*, 429 F.3d 894, 898 (9th Cir. 2005) (citing 28 U.S.C. § 2412(d)(1)(A)).

Plaintiff satisfies all three elements. "A sentence-four remand, of course, is a judgment *for* the plaintiff." *Shalala v. Schaefer*, 509 US. 292, 302 (1993). Defendant has offered no argument that its position was substantially justified or that an award of fees

would be unjust. (*See* ECF No. 23.) And plaintiff's counsel's rate of $200.78 for 13.8 hours (*see* ECF No. 25, at 2) is both below the 2019 EAJA rate of $205.25 and represents a reasonable amount of time expended in this case.

## CONCLUSION

For good cause shown, the joint motion for attorney's fees is **GRANTED**.

Dated: March 19, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge